IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GIL, | 1:09-cv-01706 MJS (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS |
| vs. | |
| JAMES A. YATES, | |
| Respondent. | [Doc. 17] |
| _____ / | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On June 21, 2010, Petitioner filed a motion to extend time to file a second amended petition for writ of habeas corpus.  Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his second amended petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated: June 28, 2010        /s/ *Michael J. Seng*
                            UNITED STATES MAGISTRATE JUDGE