1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

8

## EASTERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

| FRANCISCO GIL, | 1:09-cv-01706-AWI-MJS (HC) |
|---|---|
| Petitioner, | ORDER ADOPTING SUPPLEMENTAL FINDINGS AND RECOMMENDATION, |
| v. | DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITH PREJUDICE AS UNTIMELY, AND DECLINING TO ISSUE |
| JAMES A. YATES, | CERTIFICATE OF APPEALABILITY |
| Respondent. | [Doc. 30] |

16      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

17 corpus pursuant to 28 U.S.C. § 2254.

18      On November 1, 2010, the Magistrate Judge issued a Supplemental Findings and

19 Recommendation that the Motion to Dismiss be GRANTED. This Findings and

20 Recommendation was served on all parties with notice that any objections were to be filed

21 within thirty days of the date of service of the order.  Over thirty days have passed, and no

22 objections have been filed.

23      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has

24 conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the

25 Court concludes that the Magistrate Judge's Findings and Recommendation is supported

26 by the record and proper analysis.

27 ///

28 ///

-1-

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.      The Supplemental Findings and Recommendation issued November 1,

3              2010, is ADOPTED IN FULL;

4      2.      Respondent's Motion to Dismiss is GRANTED;

5      3.      The Petition for Writ of Habeas Corpus is DISMISSED with prejudice as

6              untimely; and

7      4.      The Court DECLINES to issue a Certificate of Appealability.  28 U.S.C. §

8              2253(c); Slack v. McDaniel, 529 U.S. 473, 484 (2000) (in order to obtain a

9              COA, petitioner must show: (1) that jurists of reason would find it debatable

10             whether the petition stated a valid claim of a denial of a constitutional right;

11             and (2) that jurists of reason would find it debatable whether the district court

12             was correct in its procedural ruling.  Slack v. McDaniel, 529 U.S. 473, 484

13             (2000).   In the present case, jurists of reason would not find debatable

14             whether the petition was properly dismissed with prejudice as time-barred

15             under 28 U.S.C. § 2244(d)(1). Petitioner has not made the required

16             substantial showing of the denial of a constitutional right.

17

18     IT IS SO ORDERED.

19
       Dated:    December 21, 2010
20                                                  CHIEF UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28